## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

IN RE:  Criss Lorenzo Flowers

|  |  |
|---|---|
| ) | CASE NO.: 23-53723 |
| ) | CHAPTER 13 |
| ) |  |
| ) | JUDGE John E. Hoffman Jr. |
| Debtor(s) ) |  |
| ) |  |

## **NOTICE OF APPEARANCE**

Now comes Lindsey Hall, Esq., of Keith D. Weiner & Associates Co., L.P.A., who hereby notifies this Honorable Court that she is counsel for American Tax Funding, LLC. All such notices should be addressed as follows:

**Lindsey Hall**
**Keith D. Weiner & Assoc Co LPA**
**1100 Superior Avenue East Suite 1100**
**Cleveland, Ohio 44114**

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only include the notices referred to in Fed. R. Bankr. P. 2002 but also includes, without limitation, any orders, applications, motions, petitions, pleadings, requests, complaints or other papers filed in this matter. The undersigned further request that the foregoing named counsel be added to any mailing list or matrix maintained by the Clerk of the Court.

Respectfully submitted,
/s/ Lindsey Hall
Lindsey Hall (0075152)
Keith D. Weiner (0029000)
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Avenue East Suite 1100
Cleveland, Ohio  44114
216-771-6500
bankruptcy@weinerlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on January 2, 2024 a true and correct copy of American Tax Funding, LLC's Notice of Appearance was served:

Via the Court's Electric Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
- Faye D. English    notices@ch13columbus.com
- Mark Albert Herder    Markalbertherder@yahoo.com, markalbertherder@gmail.com

And by regular U.S. mail, postage prepaid, on:

Criss Lorenzo Flowers
1368 Smith Road
Columbus, OH 43207-1577

Atlas Acquisitions, LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

                                        /s/ Lindsey Hall
                                        Lindsey Hall (0075152)