This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.

Dated: January 8, 2024



John E. Hoffman, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

*In re:*   Criss Lorenzo Flowers      :      Case No. 23-53723

:      Chapter 13

Debtor(s)

:      Judge John E. Hoffman Jr.

**ORDER CONFIRMING CHAPTER 13 PLAN**
**AND AWARDING ATTORNEY FEES  (Doc #9)**

    This matter is before the Court on the Chapter 13 Plan submitted by the Debtor(s) and any amendments ("Plan"). Having reviewed the Plan, and noting that any objections have been withdrawn, resolved or overruled, the Court finds that the Plan satisfies the requirements of 11 U.S.C. § 1325.  The Plan is **CONFIRMED,** subject to the following:

    1.  Any stipulations or other orders entered in this case relating to the Plan are incorporated into this Order.

    2.  The Debtor(s) shall make monthly payments to the Trustee until the Plan is completed, for a period not to exceed sixty (60) months. The monthly payments shall be by payroll deduction, unless otherwise ordered by the Court or agreed to by the Trustee.  Payments shall be sent to:  **Chapter 13 Trustee, PO Box 1718, Memphis, TN 38101-1718**

    3.  All property acquired by the Debtor(s) after the commencement of the case and before the case is closed is within the jurisdiction of the Court.

    4.  Except as provided by Local Bankruptcy Rule 6004-1(c)(3), the Debtor(s) shall not sell,

dispose of, or transfer any property without the written approval of the Trustee or order of the Court. *See* Local Bankruptcy Rule 6004-1 (c) and (d).

5. The Debtor(s) shall fully and timely disclose to the Trustee and file any appropriate notice, application or motion with the Court in the event of any change of the Debtor(s)' address, employment, marital status, or child or spousal support payments.

6. The Debtor(s) shall keep the Trustee informed as to any claim for or receipt of money or property regarding personal injury, workers compensation, bonuses, buyout, severance package, lottery winning, inheritance, or any other funds to which the Debtor(s) may be entitled or becomes entitled to receive. Before the matter can be settled and any funds distributed, the Debtor(s) shall comply with all requirements for filing applications or motions for settlement with the Court as may be required by the Bankruptcy Code, the Bankruptcy Rules or the Local Bankruptcy Rules. The Debtor(s) shall also keep the Trustee informed as to any claim for or receipt of social security funds.

7. The Debtor(s) shall not incur any non-emergency consumer debt, including the refinancing of real property debt or purchases on credit in excess of $1,000, without the written approval of the Trustee or order of the Court. *See* Local Bankruptcy Rule 4001-3(b).

8. The stay under 11 U.S.C. § 362(a) and, if applicable, 11 U.S.C. §1301(a) is terminated as to any surrendered property listed in Paragraph 6 of the Plan.

**9. THE VIOLATION BY THE DEBTOR(S) OF ANY PROVISIONS OF THIS ORDER OR THE PLAN MAY RESULT IN DISMISSAL OF THE CASE, OR DENIAL OF DISCHARGE, AND OTHER SANCTIONS.**

10. Unless otherwise ordered by the Court, the attorney for the Debtor(s) is allowed the attorney fee set forth in the *Disclosure of Compensation of Attorney for Debtor and Application for Allowance of Fees in Chapter 13 Case* (LBR Form 2016-1(b)), provided the amount requested does not exceed $4,350. *See* Local Bankruptcy Rule 2016-1(b)(2)(A) and (B) (the "No Look Fee").

**SO ORDERED.**

Copies to:
**All Creditors and Parties in Interest**

United States Bankruptcy Court

Southern District of Ohio

In re: Case No. 23-53723-jeh

Criss Lorenzo Flowers  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0648-2      User: ad      Page 1 of 9

Date Rcvd: Jan 09, 2024      Form ID: pdf13      Total Noticed: 220

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Criss Lorenzo Flowers, 1368 Smith Road, Columbus, OH 43207-1577 |
| 21304654 | | Alliance One, PO Box 510987, Livonia, MI 48151-6987 |
| 21304663 | + | American Tax Funding, LLC, Keith D Weiner & Assoc Co LPA, 1100 Superior Avenue East, Suite 1100, Cleveland OH 44114-2520 |
| 21304665 | | Aspire, P.O. Box 692194, Columbus, GA 31902 |
| 21304666 | + | Aspire Visa, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 21304668 | | Aspire Visa Gold, P.O. Box 20351, Columbus, GA 31902-3051 |
| 21304670 | + | Atlantic Credit And Finance Inc, C/Ol Levy And Associates, 4645 Executive Drive, Columbus, OH 43220-3601 |
| 21304673 | + | Attny Connie Hall, Rep For Vahid Hagee, 3783 Broadway, Grove City, OH 43123-2204 |
| 21304675 | + | Bank New York, 6400 Legacy Drive, Plano, TX 75024-3609 |
| 21304676 | + | Bank New York, 101 Barclay St, New York, NY 10007-2119 |
| 21304681 | + | Billing Error Network, P.O. Box 9182, Des Moines, IA 50306 |
| 21304682 | + | Bur Mar Enterprises Inc, 3894 E Broad St, Columbus, OH 43213-1143 |
| 21304683 | + | C2C Inc, PO Box 12148, Columbus, OH 43212-0148 |
| 21304707 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas Of Ohio, P.O Box 16581, Columbus, OH 43216-6581 |
| 21304689 | + | Capital One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 21304693 | + | Castlepayday.Com, PO Box 704, Watersmeet, MI 49969-0704 |
| 21304694 | + | Chapter Holdings, FBO, Rep for Bahind Hagee, DDS, 200 N Washington St, Tullahoma, TN 37388-3649 |
| 21304698 | + | Check N Go, 1947 E. Dublin Granville Rd., Columbus, OH 43229-3508 |
| 21304699 | + | Check N Go, PO Box 36381, Cincinnati, OH 45236-0381 |
| 21304700 | + | Checkland Westland, P.O. Box 20149, Columbus, OH 43220-0149 |
| 21304702 | | Citcomm, PO Box 1022, Wixom, MI 48393-1022 |
| 21304705 | + | Columbia Gas Of Ohio, PO Box 1489, Winterville, NC 28590-1489 |
| 21304710 | + | Credit One Bank, 3820 North Louise Ave, Sioux Falls, SD 57107-0145 |
| 21304711 | | Cross Country, P.O. Box 10007, Huntington, WV 25770 |
| 21304712 | | Cross Country Bank, P.O. Box 610730, Boca Raton, FL 33431 |
| 21304714 | + | Cwalinski & Paris, Rep For American Tax Funding, LLC, 409 East Ave., Suite B, Elyria, OH 44035-5740 |
| 21304715 | + | Direct Loan SVC System, PO Box 5609, Greenville, TX 75403-5609 |
| 21304717 | + | Drs. Bacon And Hooper, Inc., 6200 Cleveland Avenue, Suite 104, Columbus, OH 43231-8607 |
| 21304721 | | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 21304722 | | Federal Builders, 3188 E. Livingston Ave, Columbus, OH 43227 |
| 21304729 | + | First Consumers National Bank, P.O. Box 922788, Norcross, GA 30010-2788 |
| 21304728 | + | First Consumers National Bank, P.O. Box 5280, Portland, OR 97208-5280 |
| 21304730 | + | First Federal Credit Control, 1550 Old Henderson Road, Ste 100, Columbus, OH 43220-3662 |
| 21304740 | | Franklin County Treasurer, P.O.Box 742538, Cincinnati, OH 45274-2538 |
| 21304743 | + | GE Capital AFS, 75 Remittance Drive, Suite 3061, Chicago, IL 60675-3061 |
| 21304764 | | Island National Group, LLC, PO Box 18009, Hauppauge, NY 11788-8809 |
| 21304765 | + | Javitch Block & Rathbone LLC, Rep For Northstar Capital Acquisitions, 1100 Superior Ave., 19th Floor, Cleveland, OH 44114-2521 |
| 21304766 | + | Javitch Block & Rathbone LLC, Rep For Northstar Capital Acquisitions, 140 E Town Street, Ste 1250, Columbus, OH 43215-4268 |
| 21304768 | + | Keith D. Weiner & Assoc. Co., LPA, Rep For American Tax Funding, LLC, 75 Public Square, 4th Floor, Cleveland, OH 44113-2001 |

| District/off: 0648-2 | User: ad | Page 2 of 9 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf13 | Total Noticed: 220 |

| | | |
|---|---|---|
| 21304770 | + | Kevin O'Brien, Rep For Bur Mar Enterprises Inc, 995 S High St, Columbus, OH 43206-2527 |
| 21304769 | + | Kevin O'Brien, Rep. For Various Creditors, 995 S High St, Columbus, OH 43206-2527 |
| 21304771 | + | LHR Inc, Rep For Capital One, 56 Main Street, Hamburg, NY 14075-4905 |
| 21304772 | + | Luebke Baker & Associates, P.O. Box 9398, Peoria, IL 61612-9398 |
| 21304780 | | Madison Township, PO Box 638559, Cincinnati, OH 45263-8559 |
| 21304781 | | Madison Township Fire, PO Box 3475, Toledo, OH 43607-0475 |
| 21304782 | + | Mary E. Johnson, Rep For Franklin County Treasurer, 373 S. High Street, 17th Floor, Columbus, OH 43215-4591 |
| 21304783 | + | Mid-Ohio Emergency, 3535 Olentangy River Rd., Columbus, OH 43214-3908 |
| 21304784 | + | Mid-Ohio Emergency Services Inc, 3535 Olentangy River Rd., Columbus, OH 43214-3908 |
| 21304788 | + | Money Store, 355 E. Campusview Blvd, Columbus, OH 43235-5616 |
| 21304798 | + | NCP Finance Ohio, LLC, 4757 West Broad Street, Columbus, OH 43228-1612 |
| 21304790 | + | National Auto Acceptance, P.O. Box 28008, Columbus, OH 43228-0008 |
| 21304791 | + | National Auto Acceptance Corp., 888 Parsons Avenue, Columbus, OH 43206-2344 |
| 21304792 | + | National Check Cashers, 2440 E. Dublin Granville, Columbus, OH 43229-3564 |
| 21304793 | + | National Check Cashers, P.O. Box 4057, Dublin, OH 43016-0556 |
| 21304796 | + | Navient, 300 Continental Drive, Newark, DE 19713-4322 |
| 21304802 | + | North Star Capital Acquisition LLC, 220 John Glenn Drive, Ste 1, Amherst, NY 14228-2246 |
| 21304808 | + | Ortho & Neuro Consultants, 70 S. Cleveland Ave., Westerville, OH 43081-1398 |
| 21304809 | + | Ortho Neuro, 1313 Olentangy River Rd, Columbus, OH 43212-3133 |
| 21304817 | + | Providian Financial Services, 435 Executive Ct North, Fairfield, CA 94534-4019 |
| 21304825 | + | RJM Acquisitions LLC, Rep For HSBC, 575 Underhill Blvd, Ste 224, Syosset, NY 11791-3416 |
| 21304824 | #+ | Retail Recovery Service Of NJ, Inc., Rep For HSBC, 190 Moore Street, Suite 201, Hackensack, NJ 07601-7418 |
| 21304828 | | Salute, Payment Processing, P.O. Box 11802, Newark, NJ 07101-8102 |
| 21304830 | + | Salute Visa Gold, P. O. Box 790183, St Louis, MO 63179-0183 |
| 21304838 | + | State Of Ohio Department Of Taxation, 750 Cross Pointe Road, Columbus, OH 43230-6691 |
| 21304846 | ++ | TRIAD FINANCIAL CORP, 5201 RUFE SNOW DRIVE, SUITE 400, NORTH RICHLAND HILLS TX 76180-6036 address filed with court:, Triad Financial, PO Box 3299, Huntington Beach, CA 92605 |
| 21304841 | + | The Ohio Bell Telephone Company, C/O James Grudus Esq AT&T Services, 150 E Gay St # 4, Columbus, OH 43215-3130 |
| 21304842 | | Tiburon Financial LLC, 212 South 108th Avenue, Omaha, NE 68154 |
| 21304716 | ++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609 address filed with court:, Direct Loans, PO Box 7202, Utica, NY 13504-7202 |
| 21304853 | | US Department Of Education, PO Box 77860, Madison, WI 53707-7860 |
| 21304855 | + | VBS Amplify Loan, 8164 Las Vegas Blvd S #766, Las Vegas, NV 89123-1003 |
| 21304854 | + | Vahid Hagee, DDS, 1669 Lockbourne Rd., Columbus, OH 43207-1476 |
| 21304860 | | Wells Fargo, 302 E. 58th St. N., Sioux Falls, SD 57104 |
| 21304863 | + | Wells Fargo Financial, P.O. Box 98784, Las Vegas, NV 89193-8784 |
| 21304862 | + | Wells Fargo Financial, 4113 121st St, Urbandale, IA 50323-2310 |
| 21304864 | + | Wells Fargo Financial, 4137 121st Street, Urbandale, IA 50323-2310 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | Jan 09 2024 18:45:00 | Atlas Acquisitions, LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 21304646 + | Email/Text: AEPBankruptcy@aep.com | Jan 09 2024 18:45:00 | AEP Ohio, 850 Tech Center Dr., Gahanna, OH 43230-8250 |
| 21304649 | Email/Text: EBNProcessing@afni.com | Jan 09 2024 18:45:00 | AFNI, PO Box 3097, Bloomington, IL 61702-3097 |
| 21304647 | Email/Text: AEPBankruptcy@aep.com | Jan 09 2024 18:45:00 | AEP Ohio, Attn. Bankruptcy Dept., 1 AEP Way, Hurricane, WV 25526 |
| 21304645 | Email/Text: AEPBankruptcy@aep.com | Jan 09 2024 18:45:00 | AEP Ohio, P.O. Box 24401, Canton, OH 44701-4401 |
| 21304648 | Email/Text: AEPBankruptcy@aep.com | Jan 09 2024 18:45:00 | AEP Ohio, PO BOX 371496, Pittsburgh, PA 15250-7496 |
| 21304664 | Email/Text: bnc-applied@quantum3group.com | Jan 09 2024 18:45:00 | Applied Bank, 4700 Exchange Court, Boca Raton, FL 33431-0966 |
| 21304669 + | Email/Text: g17768@att.com | Jan 09 2024 18:45:00 | AT&T, PO Box 769, Arlington, TX 76004-0769 |

Case 2:23-bk-53723   Doc 16   Filed 01/11/24   Entered 01/12/24 00:11:34   Desc
Imaged Certificate of Notice   Page 5 of 11

| District/off: 0648-2 | User: ad | Page 3 of 9 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf13 | Total Noticed: 220 |

| | | | |
|---|---|---|---|
| 21304671 | Email/Text: bnc@atlasacq.com | Jan 09 2024 18:45:00 | Atlas Acquisitions LLC, Rep for Check N Go, 492C Cedar Lane, Suite 442, Teaneck, NJ 07666 |
| 21304643 | + Email/Text: bnc@teampurpose.com | Jan 09 2024 18:45:00 | Advance America, 3739 East Broad St., Columbus, OH 43213-1127 |
| 21304644 | + Email/Text: bnc@teampurpose.com | Jan 09 2024 18:45:00 | Advance America, 4662 Cemetery Rd., Hilliard, OH 43026-1124 |
| 21304650 | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 09 2024 19:01:53 | Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 21304651 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 09 2024 18:51:27 | Aidvantage, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 21304655 | + Email/Text: kristin.villneauve@allianceoneinc.com | Jan 09 2024 18:45:00 | Alliance One, P.O. Box 3101, Southeastern, PA 19398-3101 |
| 21304653 | + Email/Text: kristin.villneauve@allianceoneinc.com | Jan 09 2024 18:45:00 | Alliance One, 4850 E Street Rd, Ste 300, Trevose, PA 19053-6643 |
| 21304652 | + Email/Text: kristin.villneauve@allianceoneinc.com | Jan 09 2024 18:45:00 | Alliance One, 1684 Woodlands Drive, Ste 150, Maumee, OH 43537-4026 |
| 21304661 | + Email/PDF: ebn_ais@aisinfo.com | Jan 09 2024 18:51:35 | American Infosource, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 21304662 | + Email/Text: bankruptcy@atfs.com | Jan 09 2024 18:46:00 | American Tax Funding LLC, 801 Maplewood Drive #4, Jupiter, FL 33458-8800 |
| 21304667 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 09 2024 18:45:00 | Aspire Visa, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 21304672 | + Email/Text: bnc@atlasacq.com | Jan 09 2024 18:45:00 | Atlas Acquistions LLC, Rep for Check N Go, 294 Union St, Hackensack, NJ 07601-4303 |
| 21304674 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:01 | B First LLC, P.O. Box 91121, Seattle, WA 98111-9221 |
| 21304677 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | Beneficial, PO Box 10640, Virgina Beach, VA 23450-0640 |
| 21304678 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | Beneficial, 2128 Stringtown Road, Grove City, OH 43123-2931 |
| 21304679 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | Beneficial Finance, P.O. Box 10460, Virginia Beach, VA 23450-0460 |
| 21304680 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | Beneficial Financial Inc., PO Box 8546, Virginia Beach, VA 23450-8546 |
| 21304686 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2024 18:51:24 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 21304688 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2024 18:51:25 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 21304684 | + Email/Text: cms-bk@cms-collect.com | Jan 09 2024 18:45:00 | Capital Management Services LP, Rep. For LVNV Funding LLC, 726 Exchange St, Ste 700, Buffalo, NY 14210-1464 |
| 21304685 | + Email/Text: cms-bk@cms-collect.com | Jan 09 2024 18:45:00 | Capital Management Services, LP, Rep For HSBC, 726 Exchange Street, Suite 700, Buffalo, NY 14210-1464 |
| 21304687 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 09 2024 19:01:53 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 21304690 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 09 2024 18:45:00 | Cashnet USA, 200 W. Jackson Blvd., Chicago, IL 60606-6910 |
| 21304692 | + Email/Text: opsqa_usbankruptcy@cashnetusa.com | Jan 09 2024 18:45:00 | Cashnet USA, 175 West Jackson Blvd., Suite 1000, Chicago, IL 60604-2863 |
| 21304691 | Email/Text: opsqa_usbankruptcy@cashnetusa.com | | |

Case 2:23-bk-53723   Doc 16   Filed 01/11/24   Entered 01/12/24 00:11:34   Desc
Imaged Certificate of Notice   Page 6 of 11

| District/off: 0648-2 | User: ad | Page 4 of 9 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf13 | Total Noticed: 220 |

| | | | |
|---|---|---|---|
| 21304697 | + Email/Text: bankruptcy@axcess-financial.com | Jan 09 2024 18:45:00 | Cashnet USA, PO Box 643990, Cincinnati, OH 45264-3990 |
| 21304701 | + Email/Text: aalegalforwarding@wakeassoc.com | Jan 09 2024 18:45:00 | Check N Go, 7755 Montgomery Road, Suite 400, Cincinnati, OH 45236-4197 |
| | | Jan 09 2024 18:45:00 | Choice Recovery Inc., Rep For Time Warner Cable, 1550 Old Henderson Road, Columbus, OH 43220-3626 |
| 21304709 | Email/PDF: creditonebknotifications@resurgent.com | Jan 09 2024 18:51:27 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 21304708 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 09 2024 18:51:24 | Credit One Bank, P O Box 98873, Las Vegas, NV 89193-8873 |
| 21304713 | + Email/Text: bnc-applied@quantum3group.com | Jan 09 2024 18:45:00 | Cross Country Bank, P.O. Box 17125, Wilmington, DE 19850-7125 |
| 21304718 | Email/PDF: bncnotices@becket-lee.com | Jan 09 2024 19:01:53 | ECast Settlement Corporation, PO Box 35480, Newark, NJ 07193-5480 |
| 21304720 | Email/Text: EBN@edfinancial.com | Jan 09 2024 18:45:00 | EdFinancial, P.O. Box 36008, Knoxville, TN 37930-6008 |
| 21304719 | + Email/Text: EBN@edfinancial.com | Jan 09 2024 18:45:00 | Edfinancial, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 21304723 | + Email/Text: aalegalforwarding@wakeassoc.com | Jan 09 2024 18:45:00 | FFCC Columbus, Rep. For Drs. Bacon And Hooper, Inc., PO Box 20790, Columbus, OH 43220-0790 |
| 21304725 | + Email/Text: aalegalforwarding@wakeassoc.com | Jan 09 2024 18:45:00 | FFCC- Columbus, Rep For Drs. Bacon And Hooper, Inc., 1550 Old Henderson Rd., Columbus, OH 43220-3626 |
| 21304726 | + Email/Text: aalegalforwarding@wakeassoc.com | Jan 09 2024 18:45:00 | FFCC- Columbus, 1550 Old Henderson Rd., Columbus, OH 43220-3626 |
| 21304724 | + Email/Text: aalegalforwarding@wakeassoc.com | Jan 09 2024 18:45:00 | FFCC- Columbus, Rep For First Federal Credit Control, 1550 Old Henderson Rd., Columbus, OH 43220-3626 |
| 21304731 | Email/Text: BNSFN@capitalsvcs.com | Jan 09 2024 18:45:00 | First National Bank, 500 E. 60th St. N, Sioux Falls, SD 57104-0478 |
| 21304733 | Email/Text: collecadminbankruptcy@fnni.com | Jan 09 2024 18:45:00 | First National Bank Of Omaha, 1620 Dodge Street, Omaha, NE 68197 |
| 21304732 | + Email/Text: collecadminbankruptcy@fnni.com | Jan 09 2024 18:45:00 | First National Bank Of Omah, PO Box 2557, Omaha, NE 68103-2557 |
| 21304734 | + Email/Text: bankruptcy@fncbinc.com | Jan 09 2024 18:45:00 | First National Collection Bureau, Inc., 610 Waltham Way, Sparks, NV 89437-6695 |
| 21304736 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 09 2024 18:51:25 | First Premier Bank, P.O. Box 5147, Sioux Falls, SD 57117-5147 |
| 21304735 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 09 2024 18:51:36 | First Premier Bank, PO Box 5519, Sioux Falls, SD 57117-5519 |
| 21304738 | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 09 2024 18:51:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 21304737 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 09 2024 18:51:36 | First Premier Bank, 601 S Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 21304739 | + Email/Text: fctbankruptcy@franklincountyohio.gov | Jan 09 2024 18:45:00 | Franklin County Treasurer, 373 South High Street - 17th Floor, Columbus, OH 43215-4591 |
| 21304741 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 09 2024 18:51:35 | GE Capital, PO Box 105968, Atlanta, GA 30348-5968 |
| 21304742 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 09 2024 18:51:35 | GE Capital, PO Box 965005, Orlando, FL 32896-5005 |

| District/off: 0648-2 | User: ad | Page 5 of 9 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf13 | Total Noticed: 220 |

| | | | |
|---|---|---|---|
| 21304744 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 09 2024 18:51:00 | Ge Capital Consumer Card Co, 332 Minnesota St, Ste 610, St Paul, MN 55101-1314 |
| 21304745 | ^ MEBN | Jan 09 2024 18:44:51 | Great Lakes Educational Loan Services, 2401 International POB 7859, Madison, WI 53707-7859 |
| 21304746 | Email/Text: electronicbkydocs@nelnet.net | Jan 09 2024 18:45:00 | Great Lakes Educational Loan Services, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 21304747 | + Email/Text: accountservices@greenlineloans.com | Jan 09 2024 18:45:00 | Green Line Loans, PO Box 507, Hays, MT 59527-0507 |
| 21304752 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | HSBC, 700 N. Wood Dale Rd., Wood Dale, IL 60191 |
| 21304751 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | HSBC, Attn: Dispute Processing, 12447 SW 69th Ave., Tigard, OR 97223-8517 |
| 21304753 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | HSBC, PO Box 7680, Carol Stream, IL 60116-7680 |
| 21304754 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 21304748 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | Household Finance Beneficial Inc., PO Box 3425, Buffalo, NY 14240-3425 |
| 21304749 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | Household Finance Co., 1421 Kristina Way, Chesapeake, VA 23320-8917 |
| 21304750 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 09 2024 18:45:00 | Household Financial Services, 1301 East Tower Road, Schaumburg, IL 60173-4374 |
| 21304755 | + Email/Text: bankruptcy@huntington.com | Jan 09 2024 18:45:00 | Huntington National Bank, P. O. Box 1558, Dept Ea4w25, Columbus, OH 43216-1558 |
| 21304756 | + Email/Text: bankruptcy@huntington.com | Jan 09 2024 18:45:00 | Huntington National Bank, 2361 Morse Road, Columbus, OH 43229-5856 |
| 21304757 | + Email/Text: bankruptcy@huntington.com | Jan 09 2024 18:45:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 21304761 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 09 2024 18:45:00 | Internal Revenue Service, P.O. Box 219236, Kansas City, MO 64121-9236 |
| 21304758 | + Email/Text: bncmail@w-legal.com | Jan 09 2024 18:45:00 | Intercoastal Financial, LLC, C/O Weinstein & Riley, PS, 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 21304767 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:00 | JP Morgan Chase, 1111 Polaris Parkway, Columbus, OH 43240 |
| 21304816 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:00 | Providian Bank, PO Box 660026, Dallas, TX 75266 |
| 21304820 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:35 | Providian National Bank, 4900 Johnson Drive, Pleasanton, CA 94588 |
| 21304819 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 19:01:52 | Providian National Bank, P.O. Box 660026, Dallas, TX 75266 |
| 21304818 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:02 | Providian National Bank, P.O. Box 9053, Pleasanton, CA 94566 |
| 21304856 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:36 | Washington Mutual, P.O. Box 15324, Wilmington, DE 19850 |
| 21304857 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:35 | Washington Mutual Bank, PO Box 99604, Arlington, TX 76096-9604 |
| 21304858 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:35 | Washington Mutual Card Services, P.O. Box 660487, Dallas, TX 75266 |
| 21304859 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:36 | Washington Mutual Payment Processing, P.O. Box |

| Record # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 660548, Dallas, TX 75266 |
| 21304695 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:36 | Chase Bank, PO Box 15153, Wilmington, DE 19886-5153 |
| 21304696 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 09 2024 18:51:00 | Chase Bank USA NA, 201 N Walnut St, Wilmington, DE 19801 |
| 21304775 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:25 | LVNV Funding, Rep. For Providian Financial Corp., 15 South Main Street, Suite 700, Greenville, SC 29601-2793 |
| 21304774 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:27 | LVNV Funding, Rep. For Providian Financial Corp., POB 740281, Houston, TX 77274-0281 |
| 21304773 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:01 | LVNV Funding, Rep. For Providian Financial Corp., P.O. Box 10497, Greenville, SC 29603-0497 |
| 21304776 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:27 | LVNV Funding, 15 South Main Street, Suite 700, Greenville, SC 29601-2793 |
| 21304778 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:03 | LVNV Funding LLC, C/O Resurgent Capital Services, 55 Beattie Pl. #110 MS#252, Greenville, SC 29601-5115 |
| 21304779 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:01 | LVNV Funding LLC, Rep for Credit One Bank, PO Box 10587, Greenville, SC 29603-0587 |
| 21304777 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:36 | LVNV Funding LLC, Rep for Credit One Bank, 15 South Main Street, Suite 700, Greenville, SC 29601-2793 |
| 21336834 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 21304789 | ^ | MEBN | Jan 09 2024 18:44:43 | MRS Associates, Rep For Chase Bank, 1940 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 21304786 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2024 18:45:00 | Midland Credit Management, Rep For Salute Visa Gold, PO Box 60578, Los Angeles, CA 90060-0578 |
| 21304785 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2024 18:45:00 | Midland Credit Management, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 21304787 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 09 2024 18:45:00 | Midland Funding LLC, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 21304797 | | Email/Text: bankruptcynotices@schear.net | Jan 09 2024 18:45:00 | NCP Finance Ohio, LLC, 205 Sugar Camp Circle, Dayton, OH 45409-1970 |
| 21304794 | | Email/Text: bankruptcy@ncaks.com | Jan 09 2024 18:45:00 | National Credit Adjusters LLC, Rep for NCP Finance Ohio, LLC, PO Box 3023, Hutchinson, KS 67504-3023 |
| 21304795 | + | Email/PDF: pa_dc_claims@navient.com | Jan 09 2024 19:02:01 | Navient, PO Box 9533, Wilkes-Barre, PA 18773-9533 |
| 21304799 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 09 2024 18:45:00 | Nelnet Loan Services, 3015 South Parker Road Suite 425, Aurora, CO 80014-2904 |
| 21304800 | | Email/Text: electronicbkydocs@nelnet.net | Jan 09 2024 18:45:00 | Nelnet Loan Services, Po Box 2877, Omaha, NE 68103-2877 |
| 21304801 | + | Email/Text: oh_bankruptcy@ohiohealth.com | Jan 09 2024 18:45:00 | Neurological Associates, 931 Chatham Lane, Columbus, OH 43221-2486 |
| 21304803 | + | Email/Text: ngisupport@radiusgs.com | Jan 09 2024 18:45:00 | Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 21304806 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jan 09 2024 18:45:00 | Ohio Department Of Taxation, 30 East Broad Street, 20th Floor, Columbus, OH 43215 |
| 21304804 | + | Email/Text: g17768@att.com | Jan 09 2024 18:45:00 | Ohio Bell Telephone Company, 45 Erieview Plaza, Cleveland, OH 44114-1801 |

| District/off: 0648-2 | User: ad | Page 7 of 9 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf13 | Total Noticed: 220 |

| | | | | |
|---|---|---|---|---|
| 21304805 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jan 09 2024 18:45:00 | Ohio Department Of Taxation, Attn. Bankruptcy Department, P.O. Box 530, Columbus, OH 43216-0530 |
| 21304807 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jan 09 2024 18:45:00 | Ohio Department of Taxation, Compliance Division, P.O. Box 182402, Columbus, OH 43218-2402 |
| 21304810 | + | Email/Text: bncnotifications@pheaa.org | Jan 09 2024 18:45:00 | PHEAA, PO Box 60610, Harrisburg, PA 17106-0610 |
| 21304811 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 09 2024 18:51:02 | Portfolio Recovery Assoc., LLC, Rep For Capital One Bank, PO Box 12914, Norfolk, VA 23541 |
| 21304813 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 09 2024 18:51:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 21304812 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 09 2024 18:51:27 | Portfolio Recovery Associates, Rep for Capital One, PO Box 41067, Norfolk, VA 23541 |
| 21304815 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 09 2024 18:51:27 | Portfolio Recovery Associates, LLC, Assignee of Triad Financial Corp of Cali, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4962 |
| 21304814 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 09 2024 19:01:58 | Portfolio Recovery Associates, LLC, Assignee of Triad Financial Corp. of CA, 120 Corporate Blvd., Norfolk, VA 23502 |
| 21304821 | + | Email/Text: bnc-quantum@quantum3group.com | Jan 09 2024 18:45:00 | Quantum3 Group LLC, Rep For Galaxy International, PO Box 788, Kirkland, WA 98083-0788 |
| 21304823 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:03 | Resurgent Capital Services, Rep for Credit One Bank, PO Box 10587, Greenville, SC 29603-0587 |
| 21304822 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2024 18:51:36 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 21304657 | | Email/PDF: cbp@omf.com | Jan 09 2024 19:01:52 | American General Finance, 102 North Scioto Street, Circleville, OH 43113 |
| 21304658 | | Email/PDF: cbp@omf.com | Jan 09 2024 19:01:46 | American General Finance, 1125 North Hamilton Road, Columbus, OH 43230-3452 |
| 21304835 | | Email/PDF: cbp@omf.com | Jan 09 2024 18:51:36 | SpringLeaf Financial, 904 S. Hamilton Rd., Columbus, OH 43213-3003 |
| 21304834 | | Email/PDF: cbp@omf.com | Jan 09 2024 18:51:00 | Springleaf, 3457 Grat Western Blvd B, Columbus, OH 43204 |
| 21304836 | | Email/PDF: cbp@omf.com | Jan 09 2024 19:01:46 | Springleaf Financial Services, 1013 East State Street, Athens, OH 45701 |
| 21304837 | | Email/PDF: cbp@omf.com | Jan 09 2024 18:51:24 | Springleaf Financial Services Of Ohio, 600 North Royal Avenue, Evansville, IN 47715 |
| 21304656 | | Email/PDF: cbp@omf.com | Jan 09 2024 19:01:53 | American General Finance, 3457 Great Western Blvd, Columbus, OH 43204 |
| 21304660 | | Email/PDF: cbp@omf.com | Jan 09 2024 19:01:53 | American General Financial Services, 2189 Stringtown Road #13, Grove City, OH 43123 |
| 21304659 | | Email/PDF: cbp@omf.com | Jan 09 2024 18:51:00 | American General Financial Services, 904 South Hamilton Rd., Columbus, OH 43213 |
| 21304826 | + | Email/PDF: pa_dc_claims@navient.com | Jan 09 2024 19:02:00 | Sallie Mae, P. O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 21304827 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jan 09 2024 18:51:03 | Sallie Mae, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 21304829 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 09 2024 18:45:00 | Salute, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 21304832 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2024 18:45:00 | Santander Consumer USA, PO Box 25120, Lehigh Valley, PA 18002-5120 |

Case 2:23-bk-53723   Doc 16   Filed 01/11/24   Entered 01/12/24 00:11:34   Desc
Imaged Certificate of Notice   Page 10 of 11

| District/off: 0648-2 | User: ad | Page 8 of 9 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf13 | Total Noticed: 220 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 21304833 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2024 18:45:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 21304831 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 09 2024 18:45:00 | Santander Consumer USA, PO Box 961245, Ft Worth, TX 76161-0244 |
| 21304839 | + | Email/Text: Bankruptcy.notices@tax.state.oh.us | Jan 09 2024 18:45:00 | State Of Ohio Department Of Taxation, 4485 Northland Ridge Blvd, Columbus, OH 43229-6596 |
| 21304840 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 09 2024 18:45:00 | Sunrise Credit Services, Inc., 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 21304843 | + | Email/Text: dl-csgbankruptcy@charter.com | Jan 09 2024 18:46:00 | Time Warner Cable, 1015 Olentangy River Road, Columbus, OH 43212-3149 |
| 21304844 | | Email/Text: dl-csgbankruptcy@charter.com | Jan 09 2024 18:46:00 | Time Warner Cable, PO Box 1060, Carol Stream, IL 60132-0901 |
| 21304845 | + | Email/Text: famc-bk@1stassociates.com | Jan 09 2024 18:45:00 | Total Card, Inc., 5109 South Broadband Lane, Sioux Falls, SD 57108-2208 |
| 21304847 | ^ | MEBN | Jan 09 2024 18:43:48 | Triad Financial, 13901 Sutton Park Dr S, Suite 300, Jacksonville, FL 32224-0230 |
| 21304851 | | Email/Text: edbknotices@ecmc.org | Jan 09 2024 18:45:00 | US Department Of Education, PO Box 530260, Atlanta, GA 30353-0260 |
| 21304850 | + | Email/Text: EDBKNotices@ecmc.org | Jan 09 2024 18:45:00 | US Department Of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 21316822 | + | Email/Text: EBN@edfinancial.com | Jan 09 2024 18:45:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 21304848 | + | Email/Text: USAOHS.ECFColBank@usdoj.gov | Jan 09 2024 18:45:00 | United States Attorney General, 303 Marconi Blvd., 2nd Floor, Columbus, OH 43215-2839 |
| 21304849 | ^ | MEBN | Jan 09 2024 18:44:42 | United States Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530-0009 |
| 21304861 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 09 2024 19:01:53 | Wells Fargo, 1 Home Campus, Des Moines, IA 50328-0001 |
| 21304865 | + | Email/Text: BKRMailOps@weltman.com | Jan 09 2024 18:45:00 | Weltman Weinberg And Reis, Rep For Midland Funding, LLC, 175 S 3rd, Ste 900, Columbus, OH 43215-5166 |
| 21304866 | + | Email/Text: BKRMailOps@weltman.com | Jan 09 2024 18:45:00 | Weltman Weinberg And Reis, Rep For Midland Funding, LLC, 965 Keynote Circle, Brooklyn Heights, OH 44131-1829 |
| 21304867 | + | Email/Text: admin@rosebudlending.com | Jan 09 2024 18:46:00 | Zocaloans, PO Box 1147, 27565 Research Park Drive, Mission, SD 57555-1147 |

TOTAL: 145

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21304706 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas Of Ohio, PO Box 2318, Columbus, OH 43216 |
| 21304704 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas Of Ohio, PO Box 742510, Cincinnati, OH 45274-2510 |
| 21304703 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas Of Ohio, Revenue Recovery, 200 Civic Center Drive 8th Floor, Columbus, OH 43215 |
| 21304762 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 802501, Cincinnati, OH 45280 |
| 21304760 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, SB/SE, Insolvency Room 1150, 31 Hopkins Plaza, Baltimore, MD 21201-2852 |
| 21304759 | * | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |

| District/off: 0648-2 | User: ad | Page 9 of 9 |
|---|---|---|
| Date Rcvd: Jan 09, 2024 | Form ID: pdf13 | Total Noticed: 220 |

| | | |
|---|---|---|
| 21304763 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 21304852 | *P++ | U S DEPARTMENT OF EDUCATION, P O BOX 5609, GREENVILLE TX 75403-5609, address filed with court:, US Department Of Education, PO Box 7202, Utica, NY 13504-7202 |
| 21304727 | ##+ | First Bank Of Delaware, 1000 Rock Run Parkway, Wilmington, DE 19803-1455 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2024                  Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Asst US Trustee (Col) | ustpregion09.cb.ecf@usdoj.gov |
| Faye D. English | notices@ch13columbus.com |
| Lindsey Hall | on behalf of Creditor American Tax Funding  LLC bankruptcy@weinerlaw.com |
| Mark Albert Herder | on behalf of Debtor Criss Lorenzo Flowers Markalbertherder@yahoo.com  markalbertherder@gmail.com |

TOTAL: 4